IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| QUINTILLA L. ABRECHT, the Personal Representative of the Estate of LAURA JANE KIRK, Deceased, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: CCB-10-3266 |
| REEDER'S FACILITY OPERATIONS, LLC, d/b/a REEDER'S MEMORIAL HOME, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REEDER'S FACILITY OPERATIONS, LLC, D/B/A REEDER'S MEMORIAL HOME'S CERTIFICATE OF QUALIFIED EXPERT

Health Care Provider, Reeder's Facility Operations, LLC, d/b/a Reeder's Memorial Home, by and through its attorneys Ralph L. Arnsdorf, Kerry C. Raymond and Franklin & Prokopik and pursuant to the Annotated Code of Maryland, CTS. & JUD. PROC.§3-2A-04(b), provides this Certificate of Qualified Expert and Report of Donna L. Dow, M.D.:

I, Donna L. Dow, M.D., hereby attest as follows:

1. I am a physician licensed to practice medicine in the State of Maryland. I am board certified in internal medicine.

2. Based upon my background, education, training and experience, and upon my review of Laura Kirk's medical records, the Complaint and other pertinent materials in the above captioned case, it is my opinion, to a reasonable degree of medical certainty, that Reeder's Facility Operations, LLC, d/b/a Reeder's Memorial Home and its agents, servants and employees abided by the applicable standards of care as further stated in the attached report and was not the proximate cause of the

injuries alleged by the Plaintiff.

3. Less than twenty (20%) of my annual professional activities are devoted to activities that directly involve testimony in personal injury claims.

4. Within the past five (5) years, I have had practical and clinical experience in the field of geriatric medicine in Maryland.

I DO HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THE STATEMENTS AND FACTS HEREIN ABOVE ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

_____
Donna L. Dow, M.D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February, 2011, a copy of REEDER'S FACILITY OPERATIONS, LLC, d/b/a REEDER'S MEMORIAL HOME's Certificate of Qualified Expert and Report of Donna L. Dow, M.D. was served *via* ECF on:

Gregory L. Lockwood, Esquire
Treanor Pope & Hughes, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
*Attorneys for Plaintiff*

                                             /s/ *Kerry C. Raymond*
                                             Kerry C. Raymond
                                             Federal Bar No.: 28650