IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| QUINTILLA L. ABRECHT, the Personal Representative of the Estate of LAURA JANE KIRK, Deceased, | * |
| | * |
| Plaintiff, | * |
| v. | *  Civil Action No.: CCB-10-3266 |
| REEDER'S FACILITY OPERATIONS, LLC, d/b/a REEDER'S MEMORIAL HOME, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above referenced matter do hereby agree to a voluntary dismissal with prejudice of all claims associated with the above referenced matter.

_____
Gregory L. Lockwood (#07971)
Treanor, Pope & Hughes, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
(410) 494-7777  (410) 494-1658 (FAX)
gllockwood@tph-law.com
*Attorneys for Plaintiff*

_____
Kerry C. Raymond (#28650)
Ralph L. Arnsdorf (#03973)
Franklin & Prokopik
2 North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700    (410) 752-6868 (FAX)
kraymond@fandpnet.com
rarnsdorf@fandpnet.com
*Attorneys for Defendant,
Reeder's Facility Operations, LLC
d/b/a Reeder's Memorial Home*